IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 11 2001

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-081 |
| | § | (Claim No. C99-19012) |
| | § | |
| DORA H. ALVARDO, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

To the Honorable United States District Judge Janis Graham Jack:

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Dora H. Alvardo without prejudice.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Dora H. Alvardo, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500,
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested to:

Ms. Dora H. Alvarado
503 Jackson Avenue
Robstown, TX 78380

_____
M. H. Cersonsky

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-00-081 |
| | § | (Claim No.C99-19012) |
| DORA H. ALVARDO, | § | |
| Defendant. | § | |

# ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Dora H. Alvardo without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _____ , 2001, at Corpus Christi, Texas.

_____
Janis Graham Jack
United States District Judge