IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2001

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. C-00-081 |
| | § (Claim No C99-19012) |
| DORA H. ALVARDO, | § |
| Defendant. | § |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Dora H. Alvardo without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _1-16-_, 2001, at Corpus Christi, Texas.

Janis Graham Jack
United States District Judge